### BALLARD v. STATE.

(Court of Criminal Appeals of Texas. Jan. 24, 1912.)

BAIL (§ 66*)—RECOGNIZANCE—STATEMENT OF OFFENSE—SUFFICIENCY.

A recognizance on appeal in a misdemeanor case, which states that appellant was "charged with the offense of horse racing on public road," and was convicted of such offense, does not charge any offense, and the appeal must be dismissed, on motion of the state.

[Ed. Note.—For other cases, see Bail, Cent. Dig. §§ 279–283; Dec. Dig. § 66.*]

Appeal from Shelby County Court; E. W. Hooker, Judge.

Hubie Ballard was convicted of a misdemeanor, and he appeals. Dismissed.

S. H. Sanders, Co. Atty., and C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted, charged with a misdemeanor, in the county court of Shelby county, and upon conviction was fined in the sum of $25, from which judgment he prosecutes this appeal.

The recognizance in this case states that appellant was "charged with the offense of horse racing on public road, and who has been convicted of such offense." The Assistant Attorney General has moved to dismiss the appeal because of the insufficiency of the recognizance, in that it does not state that he was charged with or convicted of any offense known to our laws. Such allegations would be insufficient in an indictment or information to charge any offense, and are therefore insufficient in a recognizance, and the motion of the Assistant Attorney General is sustained. Horton v. State, 30 Tex. 191; O'Bannon v State, 9 Tex. App. 465; Schoonmaker v. State, 37 Tex. Cr. R. 424, 35 S. W. 969.

The appeal is dismissed.

---

### LETO v. STATE.

(Court of Criminal Appeals of Texas. Jan. 24, 1912.)

CRIMINAL LAW (§ 1097*) — QUESTIONS REVIEWABLE—RECORD.

Matters presented in an omnibus bill of exceptions, complaining of the refusal of a continuance and of portions of the charge and of rulings on evidence, cannot be considered, in the absence of a statement of facts.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2862; Dec. Dig. § 1097.*]

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Tony Leto was convicted of larceny, and he appeals. Affirmed.

M. B. Canon, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was convicted of stealing a $450 diamond.

There is no statement of facts in the record. There is one omnibus kind of bill of exceptions, complaining of the court's refusal to grant a continuance, and to some portions of the charge of the court, and to the admission and exclusion of some testimony. The court, in allowing the bill, calls it "a peculiar omnium gatherum bill," and explains his rulings in some of the particulars. It is unnecessary to state the bill in full, or the explanation, as it attempts to present matters that cannot be considered by this court, in the absence of statement of facts.

The judgment will therefore be affirmed.